1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CSBN 163973)
   Chief, Criminal Division
4
   NATALIE K. WIGHT (ORSBN 35576)
5  Special Assistant United States Attorney

6      450 Golden Gate Avenue, 11th Floor
       San Francisco, CA 94102
7      Telephone: 415.436.6937
       Facsimile: 415.436.7234
8      Email: natalie.wight@usdoj.gov

9  Attorneys for United States of America

10                UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12                   SAN FRANCISCO DIVISION

13

14  UNITED STATES OF AMERICA,           )
                                        )
15                    Plaintiff,        )     No. 09-CV-0827-VRW
                                        )
16         v.                           )
                                        )     EX PARTE REQUEST TO VACATE CASE
17                                      )     MANAGEMENT CONFERENCE AND
    APPROXIMATELY $19,938 IN UNITED     )     [PROPOSED] ORDER
18  STATES CURRENCY,                    )
                       Defendant.       )
19                                      )
                                        )
20  _____)

21

22       No claim has been filed by any party claiming any right, title or interest in the above

23  captioned defendant. The government has requested an Entry of Default from the Clerk, and

24  once the Clerk enters a default, the United States will move for a default judgment. To date, no

25  person has asserted a right to appear on behalf of the defendant; therefore the government

26  //

27  //

28  //

requests that the case management conference scheduled for Thursday, June 4, 2009, be vacated and continued for status at the convenience of the Court.

Dated: May 26, 2009

NATALIE K. WIGHT
Special Assistant United States Attorney

[PROPOSED] ORDER

GOOD CAUSE APPEARING, the case management conference scheduled for June 4, 2009, at 3:30 p.m. is hereby vacated.

The matter is continued to _____ day of _____, 2009, for status.

IT IS HEREBY ORDERED.

DATED: 5/28/2009

GRANTED

Judge Vaughn R Walker

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA